# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MIRDUH SPAHIJA, | CASE NO.: 1:22-cv-01986 |
| Plaintiff, | JUDGE: DONALD C. NUGENT |
| v. | **PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS** |
| RAE-ANN HOLDINGS, INC., et al., | |
| Defendants. | |

Now comes Plaintiff Mirduh Spahija, by and through undersigned counsel, and hereby requests that this Honorable Court grant Plaintiff a 7-day extension, to and including August 29, 2023, within which to file a response to Defendants' Motion for Summary Judgment on Plaintiff's Claims.

This Motion is not made for purposes of delay. For cause, the undersigned submits that his father has been and is currently hospitalized, and he will be unable to devote time towards responding to the Motion. Therefore, the undersigned requires additional time to prepare properly to respond to Defendants' Motion for Summary Judgment on Plaintiff's Claims. Also, Plaintiff's counsel conferred with Defendants' counsel who indicated that he does not oppose the instant Motion.

As such, Plaintiff prays that this Honorable Court grant the within Unopposed Motion for an Extension of Time to Respond to Defendants' Motion for Summary Judgment on Plaintiff's Claims until August 29, 2023.

Respectfully Submitted,

*/s/Ziad Tayeh*_____
Ziad Tayeh (0088027)
Tayeh Law Offices, LLC
22255 Center Ridge Road, Suite 311
Rocky River, OH 44116
Phone: (440) 580-0365
Fax: (440) 359-8755
Email: info@Tayehlaw.com
Attorney for Plaintif

## CERTIFICATE OF SERVICE

      The foregoing Motion was filed with the electronic filing system on this 22nd day of August 2023. Notice of this filing will be delivered through the electronic filing system.

                              */s/Ziad Tayeh*
                              Ziad Tayeh (0088027)
                              Tayeh Law Offices, LLC
                              Attorney for Plaintiff