**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MIRDUH SPAHIJA, | CASE NO.: 1:22-cv-01986 |
| Plaintiff, | JUDGE: DONALD C. NUGENT |
| v. | |
| RAE-ANN HOLDINGS, INC., et al., | **PROPOSED ORDER** |
| Defendants. | |

Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendants' Motion for Summary Judgment on Plaintiff's Claims is well taken and granted. Plaintiff shall have until August 29, 2023, to file his Brief in Opposition to Defendants' Motion for Summary Judgment on Plaintiff's Claims.

**IT IS SO ORDERED.**

_____
JUDGE DONALD C. NUGENT


_____
DATE