UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SPAHIJA, | ) | CASE NO.: 1:22 CV 1986 |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | ORDER OF DISMISSAL |
| RAE-ANN HOLDINGS, INC., *et al.*, | ) | |
| Defendants. | ) | |

Following mediation, the parties have resolved all issues between them and reached a stipulated settlement. Therefore, in accordance with the terms of the parties' agreement, this case is dismissed with prejudice; each party to bear its own costs. The parties have until November 30, 2023 to file additional documents memorializing the settlement, if they so choose. IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: October 19, 2023